THE TOWNSHIP OF CRANBURY, RESPONDENT, v. CHAM-
BERLIN & BARCLAY, APPELLANT.

Argued May 2, 1928—Decided October 15, 1928.

For the respondent, *Wilton T. Applegate.*

For the appellant, *Aaron V. Dawes.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by the Supreme
Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PAR-
KER, MINTURN, BLACK, CAMPBELL, VAN BUSKIRK, McGLEN-
NON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.